**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-24000-CIV-ALTONAGA**

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**MILAGROS MARILEISIS**
**ACOSTA TORRES**,

Defendants.
_________________________________/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** came before the Court upon the parties' Joint Motion to Stay Discovery [ECF No. 8], filed on August 10, 2026. The parties advise that they have engaged in constructive discussions on a settlement that would resolve the litigation without the need for discovery. (*See* Mot. ¶ 4).

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case within 60 days. Any motion to reopen must be accompanied by a proposed, joint scheduling report.

3. The Clerk shall **CLOSE** this case for administrative purposes only. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 11th day of August, 2026.

Cecilia M. Altonaga

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record